[No. 26311-8-III.   Division Three.   April 24, 2008.]

REESE E. TULK, *Appellant*, v. U.S. BANK, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-2-02944-0, Robert D. Austin, J., entered June 29, 2007. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown and Korsmo, JJ.

[No. 59249-1-I.   Division One.   April 28, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH LEWIS WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-05851-6, Brian D. Gain, J., entered November 21, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 59277-7-I.   Division One.   April 28, 2008.]

DARMAR, LLC, ET AL., *Respondents*, v. GHAZI ABU-SALEM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-08894-1, Douglass A. North, J., entered November 13, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 59412-5-I.   Division One.   April 28, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANE MICHAEL TREMBERTH, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-1-01041-4, James H. Allendoerfer, J., entered December 11, 2006. *Affirmed* by unpublished per curiam opinion.